# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

OJULVIE MABIKA,                )

                         )

   Petitioner,              )

                         )

   v.                    )      Case No. CIV-26-890-SLP

                         )

MARKWAYNE MULLIN, et al.,    )

                         )

   Respondents.           )

## ORDER

Petitioner Ojulvie Mabika, a non-citizen appearing with counsel, filed a petition for a writ of habeas corpus ("Petition") under 28 U.S.C. § 2241 challenging her detention by the U.S. Immigration and Customs Enforcement ("ICE"). (Doc. 1). United States District Judge Scott L. Palk referred the matter to the undersigned Magistrate Judge for initial proceedings consistent with 28 U.S.C. § 636(b)(1)(B), (C). (Doc. 3). In accordance with the expedited briefing schedule, (Doc. 7), Respondents filed a response to the Petition. (Doc. 10).

In their Response, Respondents do not squarely address whether Petitioner was arrested and detained after issuance of a warrant, even though Petitioner raises this issue in her Petition. (*See* Doc. 1, at 50). **IT IS THEREFORE ORDERED** that, in lieu of an evidentiary hearing on the matter, and to assist the court in resolution of the Petition, Respondents provide a copy of the warrant ICE used to arrest and detain Petitioner related to her November 19, 2025, re-detention **on or before June 2, 2026**. If Respondents did

2

not acquire a warrant prior to Petitioner's re-detention, Respondents are ordered to advise the Court of as much by the same date.

IT IS SO ORDERED this 29th day of May, 2026.

AMANDA L. MAXFIELD
UNITED STATES MAGISTRATE JUDGE

2