# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

ROOM 1210, U.S. COURTHOUSE
OKLAHOMA CITY, OKLAHOMA   73102

Date:   June 3, 2026


OJULVIE MABIKA,                        )
                                       )
             Petitioner,               )
                                       )
-vs-                                   )        Case No. CIV-26-890-SLP
                                       )
MARKWAYNE MULLIN, et al.,              )
                                       )
             Respondents.              )


ENTER ORDER:

Given the nature of these proceedings, the Court shortens the deadline to file any optional response to an objection to the Report and Recommendation [Doc. No. 14] to three (3) business days after the objection is filed.   *See* Fed. R. Civ. P. 72(b)(2).

By direction of Judge Scott L. Palk, we have entered the above enter order.


                              Joan Kane, Clerk of Court


                              By:_____s/ Lori Gray_____
                                             Deputy Clerk